AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

**FILED**
JUL 1 5 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br><br>RONALD DEVON MATTHEWS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:22-mj-157<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 7, 2021** in the county of **Isle of Wight** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) and 924(a)(2) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*[signature]*
Reviewed by AUSA/SAUSA:
Darryl J. Mitchell, Assistant U.S. Attorney

*[signature]*
*Complainant's signature*
ATF Special Agent John P. Hunt
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 15, 2022

City and state: Norfolk, Virginia

*[signature]*
*Judge's signature*
Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*