**INITIAL APPEARANCE MINUTES:**

| | |
|---|---|
| Time set: 2:30 | Date: 7/25/22 |
| Start Time: 2:38 | Presiding Judge: Robert J. Krask |
| End Time: 2:41 | Courtroom Deputy: B. Titus |
| | Reporter: FTR |
| Split Time ( ) | U.S. Attorney: Anthony Mozzi, AUSA |
| | Defense Counsel: _____ |
| | ( ) Retained ( ) Court appointed ( ) AFPD |
| | Interpreter: _____ |

Case Number: 2:22:mj157
USA v. Ronald Devon Matthews

(X) Deft. Present (X) custody ( ) not in custody
(X) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest (X) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
(X) Deft. advised of rights, charges and right to counsel
(X) Counsel desired ( ) Defendant to retain: _____
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(X) Financial Affidavit filed in open Court
(X) Court (X) Directed ( ) Denied appointment of counsel  FPD Conflict
( ) _____, AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
(X) (X) Preliminary ( ) Removal Hearing set for __7/28/22__ at __3:00pm__ before __RJK__ U.S. Magistrate Judge in __Mag 2__.
( ) Preliminary Hearing     ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(X) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
(X) Detention Hearing scheduled for __7/28/22__ at __3:00pm__ before __RJK - Mag 2__.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( ) Norfolk ( ) Newport News
( ) _____
( ) _____

## STANDARD CONDITIONS OF RELEASE

1) The defendant's travel is restricted to the State of Virginia.
2) The defendant is directed to refrain from excessive use of alcohol.
3) The defendant is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
4) The defendant is directed to surrender any passport to the Probation Office.
5) The defendant is prohibited from obtaining any passport.
6) The defendant shall report as soon as possible to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7) The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
8) The defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
9) The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
10) The defendant shall submit to supervision by and report to the U.S. Probation Office.

## SPECIAL CONDITIONS OF RELEASE

( ) Travel is restricted to:_____

( ) The defendant is directed to maintain residence at :_____

( ) _____ is directed to serve as third-party custodian.

( ) The defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.

( ) The defendant is directed to submit to electronic monitoring ( ) with ( ) without GPS, ( ) Curfew ( ) Home Detention ( ) Home Incarceration ( ) with ( ) without time outs as directed by the U.S. Probation Office, at the expense of the defendant.

( ) The defendant must provide the Probation Officer access to any requested financial information and authorize the release of any financial information.

( ) The defendant must not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.

( ) The defendant must not engage in any occupation that would require or enable access to the personal identity or financial information of others without the prior approval of the probation office.

( ) The defendant shall submit to mental health and/or sex offender evaluation and treatment as directed by the U.S. Probation Office.

( ) The defendant is directed to avoid all contact direct or indirectly with alleged victims, and/or potential witnesses and/or co-conspirators in the investigation or prosecution, including but not limited to any child under the age 18, unless in the company of an informed adult approved by the U.S. Probation, including _____.

( ) The defendant is directed to seek and maintain verifiable employment as directed by the Probation Office.

( ) The defendant shall not use, have possession, or access any to computer or internet, bulletin board, or chat room.

( ) The defendant shall notify current or future employers of charged offense. ( ) and provide contact information for individual responsible for internet monitoring at place of employment.

( ) _____
( ) _____
( ) _____
( ) _____
( ) _____
( ) _____